**UNITED STATES, Appellant,**

v.

**David D. LEWIS, Appellee.**

No. 13–CO–1456.

District of Columbia Court of Appeals.

Jan. 23, 2015.

BEFORE: WASHINGTON, Chief Judge; GLICKMAN, FISHER, BLACKBURNE–RIGSBY, THOMPSON, BECKWITH, EASTERLY, and McLEESE, Associate Judges.

## ORDER

PER CURIAM

On consideration of appellee's motion for an extension of time within which to file a petition for rehearing *en banc*, appellee's lodged petition for rehearing *en banc*, and appellant's opposition thereto, it is

ORDERED that appellee's motion for an extension of time within which to file a petition for rehearing *en banc* is granted, and the Clerk shall file appellee's petition for rehearing *en banc*. It is

FURTHER ORDERED that appellee's petition for rehearing *en banc* is granted and that the judgment reversing the trial court's suppression ruling in appellee's case, and Part III of the opinion and judgment of September 25, 2014, are hereby vacated. It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument before the court sitting *en banc* as soon as the calendar permits. It is

FURTHER ORDERED that appellant shall file a brief within 40 days from the date of this order, appellee shall file a brief within 30 days after the filing of appellant's brief. Any responsive brief shall be filed within 10 days thereafter. Each party shall file nine copies of its briefs. These new briefs shall be specifically designed for consideration by and addressed to the *en banc* court and shall supersede all briefs previously filed in this appeal.